1  PHILLIP A. TALBERT
   United States Attorney
2  KIMBERLY A. SANCHEZ
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8                  IN THE UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,           1:17-MJ-189 EPG

                   Plaintiff,           REQUEST TO UNSEAL COMPLAINT
12
            v.
13
   OSCAR BAZAN, ET AL.
14
                   Defendants.
15

16

17                        **REQUEST TO UNSEAL**

18      The Complaint in this case, having been sealed by Order of the Court, and it appears that it no

19 longer need remain secret,

20      The United States of America, by and through Philip A. Talbert, United States Attorney, and

21 Kimberly A. Sanchez, Assistant United States Attorney, hereby moves that the Complaint in this case be

22 unsealed and made public record.

23 Dated: October 26, 2017                    PHILLIP A. TALBERT
                                              United States Attorney
24
                                       By:   /s/ Kimberly A. Sanchez
25                                            KIMBERLY A. SANCHEZ
                                              Assistant United States Attorney
26

27

28

PHILLIP A. TALBERT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>V.<br><br>OSCAR BAZAN, ET AL.<br><br>DEFENDANTS. | 1:17-MJ 189 EPG<br><br>ORDER TO UNSEAL COMPLAINT |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, hereby ordered unsealed.

IT IS SO ORDERED.

Dated: __October 26, 2017__          /s/ Erica P. Grosjean
                                     UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS