PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>IVAN FIGUEROA-SOTO,<br><br>Defendant. | CASE NO. 1:17-CR-00264-JLT-SKO<br><br>STIPULATION AND ORDER TO VACATE TRIAL DATE AND SET CHANGE OF PLEA HEARING<br><br>DATE: May 9, 2023<br>TIME: 8:30 a.m.<br>COURT: Hon. Jennifer L. Thurston |

This case is set for trial on May 9, 2023 at 8:30 am. The parties have reached a resolution, and will be filing a signed plea agreement in the near future[1]. The parties request the Court vacate the trial date and set a change of plea hearing on April 24, 2023, and exclude time under the Speedy Trial Act through and including April 24, 2023.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for trial on May 9, 2023.

2. By this stipulation, defendant now moves to vacate trial, and set a change of plea hearing on April 24, 2023, and to exclude time through and including April 24, 2023 under Local Code T4.

---

[1] The plea agreement is final. Defendant signed one page of the plea agreement, but inadvertently failed to sign another page of the plea agreement. Defense counsel is working to coordinate with the jail and an interpreter to get the document re-signed in its entirety.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

3. The parties agree and stipulate, and request that the Court find the following:

 a) On April 23, 2021, defendant was arrested in San Bernardino, California on the arrest warrant in this case. He made his initial appearance in this district on May 19, 2021.

 b) The government has represented that the discovery associated with this case is voluminous and includes many thousands of hours of wiretap calls, hundreds of hours of video, hundreds of investigative reports, hundreds of pictures, and extensive other evidence. This case was a multi-agency wiretap investigation that lasted nearly a year. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

 c) Counsel for defendant desires additional time to consult with his/her client, review the charges, conduct investigation and research, review discovery and prepare for the change of plea hearing. The COVID-19 Pandemic continues to make certain tasks, such as client meetings, and certain aspects of case investigation more difficult and more time consuming.

 d) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

 e) The government does not object to the continuance.

 f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

 g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period through April 24, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

must commence.

      IT IS SO STIPULATED.

Dated:  March 22, 2023

      PHILLIP A. TALBERT
      United States Attorney


      /s/ JEFFREY A. SPIVAK
      JEFFREY A. SPIVAK
      Assistant United States Attorney


Dated:  March 22, 2023

      /s/ Serita Rios
      Serita Rios
      Counsel for Defendant
      IVAN FIGUEROA-SOTO


**FINDINGS AND ORDER**

Based upon the foregoing, the Court **ORDERS**:

1. The trial date, currently set on May 9, 2023, is **VACATED**.
2. The Court sets a change of plea hearing on April 24, 2023 at 10:00 a.m.
3. Based upon the need for further defense preparation (18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4) and with the agreement of the government, the Court that good cause exists, and the interests of justice outweigh the interests of the defendant and the public in a speedy trial. The Court excludes time pending the next hearing on April 24, 2023.

IT IS SO ORDERED.

Dated:   **March 23, 2023**

      UNITED STATES DISTRICT JUDGE