1 **Serita Rios, SBN# 246568**
**Law Office of Serita Rios**
2 **P.O. Box 688**
**Fresno, California 93712**
3 **Telephone (559) 224-1800**
**Facsimile (559) 224-1806**
4 **serita@seritarioslaw.com**

5

6 Attorney for Defendant IVAN FIGUEROA-SOTO

7

8 **UNITED STATES DISTRICT COURT**

9 **EASTERN DISTRICT OF CALIFORNIA**

10

11 THE UNITED STATES OF AMERICA,  )  Case No.  1:17-CR-00264-JLT
               )
12        Plaintiff,  )  **MOTION TO TERMINATE CJA**
   vs.         )  **APPOINTMENT; ORDER**
13                )
14 IVAN FIGUEROA-SOTO,    )
               )
       Defendant. )
15 _____)

16

    On May 19, 2001, CJA Panel Attorney Serita Rios was appointed as trial counsel
17
to represent Mr. Figueroa-Soto. Mr. Figueroa-Soto was sentenced pursuant to a plea
18
agreement on August 21, 2023. The time for filing a direct appeal was September 4,
19
2023.  No direct appeal was filed. The trial phase of Mr. Figueroa-Soto's criminal case
20
has, therefore, come to an end. Having completed her representation of Mr. Figueroa-
21
Soto, CJA attorney Serita Rios now moves to terminate her appointment under the
22
Criminal Justice Act.
23
    Should Mr. Figueroa-Soto require further legal assistance he has been advised to
24
contact the Office of the Federal Defender for the Eastern District of California by mail
25
at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561

26

27

**MOTION TO TERMINATE CJA APPOINTMENT; ~~PROPOSED~~ ORDER**

(collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

Dated: September 30, 2023          Respectfully Submitted,

/s/ Serita Rios
_____
**Serita Rios**
Attorney for Defendant

---

**ORDER**

The Court hereby grants attorney Serita Rios' request for leave to withdraw as defense counsel in this matter.  Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant Ivan Figueroa-Soto at the following address and to update the docket to reflect Defendant's pro se status and contact information.

Ivan Figueroa-Soto
Register Number 41686-509
Central Valley Allex
P.O. Box 637
McFarland, California 93250

IT IS SO ORDERED.

Dated:   **October 2, 2023**

_____
UNITED STATES DISTRICT JUDGE

**MOTION TO TERMINATE CJA APPOINTMENT; ~~PROPOSED~~ ORDER**

~ 2 ~